**Paul LEISURE, Claimant,**

v.

**LN & P TOWING/LABOR LOCAL 42, Employers.**

No. 71934.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 28, 1997.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 8, 1998.

Evans & Dixon, L.L.C., Betsy J. Levitt & Adrian P. Sulser, St. Louis, for respondent LN & P Towing.

John R. Geiss, St. Louis, for respondent Laborers International Union Local 42.

Before AHRENS, P.J., and CRANDALL and KAROHL, JJ.

## ORDER

**PER CURIAM.**

Employee appeals dismissal of his workers' compensation claim. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for the order affirming the judgment. Judgment affirmed in accordance with Rule 84.16(b).